Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
TEL: (831) 333-0321
FAX: (831)333-9012
sshaffman@aol.com

Attorney for Plaintiff,
JENNIFER RAMBERG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RAMBERG<br><br>　　　　　Plaintiff,<br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>　　　　　Defendant. | COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA<br><br>[29 U.S. CODE SEC. 1132 (a)(1)(B)] |

Plaintiff JENNIFER RAMBERG alleges:

### JURISDICTION

1. Plaintiff JENNIFER RAMBERG is an individual residing in Santa Clara County, California.

2. Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM") is a business organization doing business in the State of California as an insurer, with a principal place of business in the State of Maine.

3. This action is brought under the Employee's Retirement Income Security Act of 1974, 29 U.S. Code Section 1002, et. seq.

COMPLAINT                                                  1

4. This court therefore has subject matter jurisdiction under 29 U.S.C. Sec. 1332(e)(1).

### INTRADISTRICT ASSIGNMENT

5. Plaintiff was a resident of Santa Clara County, California when the contract was entered into, and when UNUM issued its denial of the claim at issue in this action; the insurance contract was to be performed in Santa Clara County, California and was thus breached in Santa Clara County; accordingly, a substantial part of the events which gave rise to this claim occurred in Santa Clara County.

6. Accordingly, this case should be assigned to the San Jose Division of the USDC for the Northern District of California, under Civil Local Rule 3-2(c).

### First Cause of Action

### CLAIM FOR BENEFITS UNDER ERISA

7. On or about November 1, 2001, plaintiff was insured under a group Long Term Disability policy (policy # 551644) and a life insurance policy with a Waiver of Premium benefit (policy # 551644), both purchased from defendant UNUM and provided through her employer Talarian Corporation.

8. At all times herein mentioned the policies were in full force and effect; plaintiff had paid policy premiums in full, and otherwise performed all obligations under the policy.

9. On or about November 1, 2001, plaintiff suffered a covered loss when she became disabled under the terms of the policies.

10. Plaintiff made timely notice of claim to defendant UNUM; claim # 298448 on the long term disability claim and claim # 6825334 on the life insurance waiver of premium claim.

11. The insurance policies had a 180 day benefit elimination period before benefits were payable.

12. Thereafter, on or about May 1, 2002, UNUM began paying benefits under the policies and continued to make payments until August 31, 2016 on the long term disability policy and September 6, 2016 on the life insurance waiver of premium.

COMPLAINT                                                                 2

13. Plaintiff timely appealed the denials under the terms of the policies.

14. On or about May 25, 2017, defendant UNUM denied the administrative appeals.

15. Plaintiff continues to be disabled under the terms of the policies as of the filing of this complaint and is therefore entitled to continuing benefits.

WHEREFOR, Plaintiffs prays Judgment against defendant UNUM as follows:

1. For long term disability policy benefits, in an amount according to proof, approximately $28,000 as of the filing of this complaint and accumulating at the rate of $4500 per month, plus interest at the legal rate.

2. For reinstatement of her life insurance coverage under the waiver of premium benefit.

2. For attorneys fees expended in obtaining policy benefits, under the provisions of ERISA.

3. For costs of suit herein.

4. For such other relief as the court deems proper.

Dated: 6/21/17

SCOTT E. SHAFFMAN, Attorney for Plaintiff

COMPLAINT                                    3